14 So.2d 592

**STATE ex rel. E. P. RUSSELL, as Director, etc., v. Walter B. JONES, as Judge, etc.**

3 Div. 399.

Supreme Court of Alabama.

July 16, 1943.

Rehearing Denied Aug. 7, 1943.

Wm. C. Rayburn, of Guntersville, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Walter B. Jones, as Judge of the Fifteenth Judicial Circuit, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of State ex rel. Russell, Director v. Jones, Judge, 14 So.2d 590.

Writ denied.

THOMAS, BROWN, FOSTER, LIVINGSTON, and LAWSON, JJ., concur.